1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


PAUL DAVID JOHNSON,                )
                                   )
            Petitioner,            )        No. C 09-3373 CRB (PR)
                                   )
      vs.                          )        ORDER REOPENING CASE
                                   )
BEN CURRY, Warden,                 )
                                   )
            Respondent.            )
_____    )


        Petitioner, a state prisoner incarcerated at California State Prison, Solano,

filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254

challenging a conviction from Alameda County Superior Court.

        The petition was dismissed without prejudice for failure to pay the

requisite filing fee or submit a complete prisoner's application for leave to

proceed in forma pauperis.  But an internal inquiry has revealed that the clerk

received payment for the filing fee but did not so indicate in the docket.  Good

cause appearing therefor, the clerk is instructed to reopen this matter.

        An order on the merits of the petition will issue shortly.

SO ORDERED.

DATED:  Oct. 30, 2009

                                    _____
                                    CHARLES R. BREYER
                                    United States District Judge

G:\PRO-SE\CRB\HC.09\Johnson, P1.reopen.wpd